# EXHIBIT C

**Elsa Critser**

| | |
|---|---|
| **From:** | Sona Sarkisyan |
| **Sent:** | Friday, March 17, 2017 5:00 PM |
| **To:** | 'keith@keoghlaw.com'; 'Billy@TheConsumerProtectionFirm.com'; 'Amanda@TheConsumerProtectionFirm.com'; 'tsostrin@keoghlaw.com' |
| **Cc:** | Angela C. Agrusa |
| **Subject:** | Melanie Glasser v. Hilton Grand Vacations Company, LLC - Case No. 8:16-cv-00952-JDW-EAJ |
| **Attachments:** | 2017-03-17 Melanie Glasser v. Hilton Grand Vacations Company, LLC.pdf |

Good Afternoon all:

Please see the attached correspondence of today's date.

Thank you,

**LINER LLP**

**Sona Sarkisyan**
Legal Assistant

ssarkisyan@linerlaw.com           1100 Glendon Avenue | 14th Floor
310.500.3421  direct              Los Angeles, CA 90024-3518
310.500.3500  main                download vcard
310.500.3501  fax                 linerlaw.com

Privileged and Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

***PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL***



1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3518

310.500.3500 main
310.500.3501 fax

Angela C. Agrusa
310.500.3591 direct
aagrusa@linerlaw.com

March 17, 2017

**VIA EMAIL AND U.S. MAIL**
William Peerce Howard
Amanda J. Allen
The Consumer Protection Firm
210-A South MacDill Ave.
Tampa, Florida 33609

Keith J. Keogh
Tim J. Sostrin
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603

RE: *Melanie Glasser v. Hilton Grand Vacations Company, LLC*
Case No. 8:16-cv-00952-JDW-EAJ

Dear Counsel:

We were shocked to learn that you have retained Randall Snyder as a consulting and potential testifying expert in this matter. As you know, Hilton retained Mr. Snyder in the Connelly action, and during Mr. Snyder's retention in Connelly, he has been privy to highly confidential information regarding Hilton's systems, policies, and practices as well as its counsel's theories, strategies, mental impressions, and work product. Moreover, my firm had extensive discussions with Mr. Snyder in the summer of 2015 regarding his potential evaluation of the IMC system and exploration of potential changes to Hilton's systems, policies, and practices with respect to its telemarketing campaigns, during which once again, Hilton disclosed confidential information to Mr. Snyder.

In light of the foregoing, please immediately cease any contact with Mr. Snyder and confirm that you are voluntarily terminating your relationship with him. *See, e.g., Rhodes v. E.I. Dupont De Nemours and Company*, 558 F. Supp. 2d 660, 671 (S.D. W.Va. 2008). As well please advise whether your firms are prepared to withdrawal voluntarily in light of their receipt of Hilton's confidential information.

Very truly yours,

LINER LLP

Angela C. Agrusa

ACA/dbf

41222.044-4012420

# Angela C. Agrusa

| | |
|---|---|
| **From:** | Keith Keogh <keith@keoghlaw.com> |
| **Sent:** | Friday, March 17, 2017 5:12 PM |
| **To:** | Sona Sarkisyan |
| **Cc:** | Billy@TheConsumerProtectionFirm.com; Amanda@TheConsumerProtectionFirm.com; Tim Sostrin; Angela C. Agrusa |
| **Subject:** | Re: Melanie Glasser v. Hilton Grand Vacations Company, LLC - Case No. 8:16-cv-00952-JDW-EAJ |

Angela,

Your accusations are unfounded and not based on any facts.

We have not received any confidential information or any information from Mr. Snyder regarding Hilton. Instead as you can see from the preliminary report all of the information the report is based on was produced in discovery or what was found on the internet.

Along those lines, are you contending that you withheld information in this case regarding the dialing systems at issue? If not, I'm at a lose for what you contend was the confidential information that was shared.


Keith J. Keogh
Keogh Law Ltd.
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
312.726.1092
KeoghLaw.com

Sent from my iPhone

On Mar 17, 2017, at 7:00 PM, Sona Sarkisyan <ssarkisyan@linerlaw.com> wrote:

> Good Afternoon all:
>
> Please see the attached correspondence of today's date.
>
> Thank you,



**Sona Sarkisyan**
Legal Assistant

ssarkisyan@linerlaw.com
310.500.3421  direct
310.500.3500  main
310.500.3501  fax

1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024-3518
download vcard
linerlaw.com

1

Privileged and Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

***PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL***

<2017-03-17 Melanie Glasser v. Hilton Grand Vacations Company, LLC.pdf>

## Angela C. Agrusa

| | |
|---|---|
| **From:** | Billy Howard <Billy@TheConsumerProtectionFirm.com> |
| **Sent:** | Friday, March 17, 2017 5:32 PM |
| **To:** | Angela C. Agrusa |
| **Cc:** | keith@keoghlaw.com; Sona Sarkisyan; Amanda J. Allen; tsostrin@keoghlaw.com |
| **Subject:** | Re: Melanie Glasser v. Hilton Grand Vacations Company, LLC - Case No. 8:16-cv-00952-JDW-EAJ |

The lady doth protest too much, methinks.

Your letter is false to put it nicely. I will be discussing with counsel as to the appropriate remedies to such baseless accusations.

Billy Howard
1500PerCall.com

On Mar 17, 2017, at 8:00 PM, Sona Sarkisyan <ssarkisyan@linerlaw.com> wrote:

> Good Afternoon all:
>
> Please see the attached correspondence of today's date.
>
> Thank you,
>
> 
>
> **Sona Sarkisyan**
> Legal Assistant
>
> ssarkisyan@linerlaw.com         1100 Glendon Avenue | 14th Floor
> 310.500.3421  direct             Los Angeles, CA 90024-3518
> 310.500.3500  main               download vcard
> 310.500.3501  fax                linerlaw.com
>
> Privileged and Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.
>
> ***PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL***
>
> <2017-03-17 Melanie Glasser v. Hilton Grand Vacations Company, LLC.pdf>

1