# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**MELANIE GLASSER,** *individually and on* )
*behalf of all others similarly situated,* )
                                        )
               **Plaintiff,** )         **CIVIL ACTION NO.**
                                        )       **8:16-cv-00952-JDW-AAS**
**v.** )
                                        )
**HILTON GRAND VACATIONS** )
**COMPANY, LLC,** )
                                        )
               **Defendant.** )

## DECLARATION OF RANDALL A. SNYDER

I, Randall A. Snyder, hereby declare as follows:

1.      My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called to testify, I could and would testify competently about them.

2.      I am an independent telecommunications technology consultant and I reside at 8113 Bay Pines Avenue, Las Vegas, Nevada, 89128.

3.      My experience as an expert witness and testifying in TCPA matters began in early 2007. Since that time, I have been retained in 107 cases regarding the TCPA. (Exhibit 1.) I have been retained by Keogh Law, Ltd. in the following five TCPA cases since 2010, which span both before and after my work for HGV in the Connelly case:

> *Dobbin v. Wells Fargo Auto Finance, Inc. (2010–2011) (1:10-cv-00268 (E.D. Ill.))*
> *Griffith v. Consumer Portfolio Services, Inc. (2010–2011) (1:10-cv-02697 (N.D, Ill.))*
> *Wanca v. LA Fitness International, LLC (2013) (11 –CH-4131 (19th Judicial Circuit, Ill.)*
> *Johnson v. Yahoo! Inc. (2014) (1:14-cv-02028 (N.D. Ill.))*
> *Glasser v. Hilton Grand Vacations, Inc. (2017) (8:16-cv-00952-JDW-AAS; M.D. Fla.)*

4.      I was retained by Keogh Law, Ltd. in this matter, *Glasser v. Hilton Grand Vacations, Inc.* No. 8:16-cv-00952-JDW-AAS (M.D. Fla.), on February 27, 2017. My first communication with the Keogh firm regarding this case occurred on February 27, 2017. My CV

is attached hereto as *Exhibit 1*.

5.     I understand that Hilton Grand Vacations, Inc. ("HGV" or Defendant") has submitted to the Court a motion to disqualify my testimony in this matter for various reasons, primarily because I had testified as an expert witness on behalf of HGV in an unrelated TCPA matter about four years ago. (*Connelly v. Hilton Grand Vacations Company, LLC 3:12-cv-00599 JLS-KSC (S.D. Cal.)*.)

6.     As stated in my CV, I was retained by HGV's defense counsel in that matter, Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner"), to testify as an expert witness concerning the functionality of telephone dialing equipment used by HGV at that time (the Liberation 6000 dialer). I understand that my engagement with HGV began on October 10, 2012 and ended on October 25, 2013. (Exhibit 1.)

7.     I do not recall entering into a written agreement with HGV concerning my retention in the Connelly case and I have not been able to find a copy of such an agreement in my records.

8.     After my engagement was complete, I had no communication with HGV and very little communication with Liner. This communication included several emails and a few telephone calls regarding the status of my final invoices, obtaining a copy of my deposition transcript in the *Connelly* case to produce for another case, the status of the Plaintiff's initial request for an appeal in the *Connelly* case and a casual discussion, unrelated to HGV, Liner and myself, regarding a particular serial TCPA defendant in the debt collection industry.

9.     On July 15, 2015, about 21 months after our engagement ended, Mr. David Farkas of Liner contacted me by both email and telephone regarding another potential engagement that did not involve any expert witness work or any particular litigation. Mr. Farkas and I had a brief and cordial discussion regarding the latest FCC regulations regarding the TCPA that had been issued that month. He also asked if I was interested in consulting in an engineering capacity for HGV as they had implemented new technology and procedures for contacting consumers. Mr.

Farkas provided no information at all about the new technology being used by HGV or any differences between that technology and that which I had previously analyzed. Mr. Farkas did not even provide the name of the new system. He inquired about employing my engineering expertise to analyze and perform an agnostic system analysis of HGV's new technology for "TCPA compliance." I told him that, although there are firms that advertise and perform those types of services, I don't do that type of work and was also unaware of any true objective means to ensure such compliance. Without much thought, I turned down the offer.

10.    After our telephone conversation, I followed up with an email to Mr. Farkas containing a summary of about a dozen primary issues in the new FCC regulations that we had discussed along with information on two companies that, at the time, performed the type of TCPA audit services that he was interested in.

11.    On July 30, 2015, Mr. Farkas contacted me again by email with a second request to consult for HGV. This email did not provide any information about the new system. I replied with an email thanking him again for the offer, but declining for the same reasons as before.

12.    Mr. Farkas never provided any information regarding any new or additional technology being used by HGV. The only information conveyed to me was that HGV was interested in retaining me for engineering services I don't provide.

13.    I have in my possession all of the emails comprising all of the communication between Liner and myself that occurred after my engagement in the *Connelly* case ended. I could and would produce them to the Court if asked to do so.

14.    I do not recall receiving any information from Liner or HGV that is not referenced in this declaration or in my expert report in the *Connelly* case.

15.    I was never retained by either Liner or HGV for any work beyond the *Connelly* case and the engineering analysis of telecommunication system at issue in that case (the Liberation dialer). I never agreed to, or was asked to agree to, any confidentiality for any discussions with

either Liner or HGV after that case. I never had any communication with HGV after the *Connelly* case. I turned down the consulting work offered by Liner in 2015 with no disclosure of information deemed confidential.

16.     My engagement in this case (*Glasser*), as in the *Connelly* case, requires only an engineering analysis of the telecommunications system used by HGV to initiate calls to consumers. I am not a lawyer nor am I an expert in telemarketing practices. There is no information regarding HGV's telemarketing practices, strategies, impressions and legal positions that have an impact on a technical and engineering analysis of the respective telecommunications systems used by HGV in either case. My testimony and opinions in the *Connelly* case are entirely unrelated to my testimony and opinions in the *Glasser* case. During the time of the *Connelly* case and my engagement (2012–2013) with Liner and HGV, HGV employed and utilized an entirely different system and technology from the system and technology I analyzed in the *Glasser* case this year.

17.     In the TCPA cases for which I testify, my professional opinions are based on an objective engineering analysis of the telecommunications system at issue in the case. My opinions are limited to a technology analysis. I do not opine on legal issues and strategies, or telemarketing procedures and practices. And, I often decline potential engagements where I am asked to opine on such issues as they are beyond my expertise.

18.     I am aware of only two other persons, Robert Biggerstaff and Jeff Hansen, who have provided expert testimony regarding automatic telephone dialing systems on behalf of a plaintiff in a TCPA case.

I declare that the foregoing is true and correct subject to the laws of perjury of the United States.

Executed in Las Vegas, Nevada, on this 7th day of May, 2017.

_____
Randall A. Snyder

# EXHIBIT 1

## Randall A. Snyder
## Curriculum Vitae

## Professional Summary

Mr. Snyder has over 30 years of experience in telecommunications network and system architecture, engineering, design and technology. He has expertise in the fields of both wireline and wireless telecommunications networking technology. He has been retained as an expert witness in over 140 cases regarding telecommunications technology including over 100 Telephone Consumer Protection Act (TCPA) cases, patent and intellectual property cases, breach of contract cases and other areas of litigation regarding telecommunications network technology.

Mr. Snyder has taught many classes and seminars on both wireline and wireless telecommunication network technologies and has been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers (IEEE) and the Cellular Telecommunications and Internet Association (CTIA). He spent several years developing network technology standards within the American National Standards Institute (ANSI) and the Telecommunications Industry Association (TIA), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, ANSI-93, providing interconnection technology between wireline and wireless telecommunications networks.

Mr. Snyder is the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. He holds 29 patents on telecommunications networking technology and has been hired as a consultant by the CTIA, as well as many wireline and wireless telecommunications companies, including Bell Laboratories, IBM, Google, McCaw Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and others. He was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology he designed while at Entriq, Inc.

## Subject Matter Expertise

- Wireless and cellular network systems
- Wireless and cellular network architectures
- Network interconnectivity
- GSM, UMTS, LTE and ANSI-41 (CDMA) standards and networks
- Location Based Services (LBS)
- Short Message Service (SMS)
- Multimedia Message Service (MMS)
- Wireless Application Protocol (WAP)

- Call Processing and Calling Features
- Billing Systems Support (BSS)
- Operations, Administration, Maintenance & Provisioning (OAM&P, OSS)
- Signaling System No. 7 (SS7)
- LTE Diameter Signaling
- Multifrequency Signaling
- Automatic Telephone Dialing Systems (ATDS)

> ### Randall A. Snyder
> ### Curriculum Vitae

## Notable Expert Witness Engagements

- Retained as Plaintiff's testifying expert witness in *Satterfield v. Simon & Schuster, Inc.* No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion remanded by the United States Court of Appeals for the Ninth Circuit. Personally cited in opinion by N.R. Smith, Circuit Judge, June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA, and sending messages to a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

- Retained as Plaintiff's testifying expert witness in *Gomez v. Campbell-Ewald Company*. No. 13-55486, D.C. No. 2:10-CV-02007-DMG-CW Opinion. Appeal from the United States District Court for the Central District of California. Opinion vacated by the United States Court of Appeals for the Ninth Circuit. Opinion by Fortunato P. Benavides, Circuit Judge. Filed September 19, 2014. Appellate court opinion upheld by the Supreme Court of the United States. Opinion by Justice Ginsburg, January 20, 2016.

- Retained by the Department of Justice Canada as Plaintiff's consulting expert in *Commissioner of Competition v. Rogers Communications Inc., Bell Canada, Telus Corporation and the Canadian Wireless Telecommunications Association*. Defendants accused of deceptive and misleading marketing practices related to premium text messages leading to improper charging for multimedia content delivery using various mobile billing mechanisms. Case settled favorably for the Canada Competition Bureau in May, 2016.

- Retained by IBM de México as testifying expert witness in *IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse Iusacell, S.A. de C.V.* International $4B material breach of contract case under the International Chamber of Commerce International Court of Arbitration. A decision is currently being deliberated by the international court.

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

## Randall A. Snyder
## Curriculum Vitae

## Professional Experience

From:            January 2007
To:              Present
Organization:    Wireless Research Services, LLC; Las Vegas, NV
Title:           President and Founder
Summary:         Technology and expert witness consulting services. Areas of subject matter expertise
                 include mobile and cellular networking, 2G, 2.5G, 3G, LTE, GSM, ANSI-41, LBS,
                 SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems
                 (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in
                 the area of system and product analysis, architecture, design, development,
                 management and marketing as well as patent preparation and development, expert
                 reports, expert testimony and litigation support. Particular areas of expert witness
                 experience include patent litigation and the Telephone Consumer Protection Act
                 (TCPA).

From:            September 2007
To:              August 2010
Organization:    Finsphere Corporation; Bellevue, WA (acquired by Visa)
Title:           Vice President Wireless Engineering and Product Management
Summary:         Was among the first handful of employees at Finsphere prior to Series A funding. As
                 vice president of product management and wireless engineering and a member of the
                 executive management team, was responsible for product management activities and
                 wireless technology solutions for Finsphere's products. These products encompassed
                 mobile location based software-as-a-service (SaaS) products offered primarily to
                 financial institutions and banks. Responsibilities included product requirements and
                 system functionality, strategic planning, R&D of new technologies, wireless network
                 interconnectivity as well as wireless technology for Finsphere's products. Was also
                 responsible for market strategies, white papers and development and management of
                 intellectual property and patent applications.

From:            May 2004
To:              April 2007
Organization:    Entriq, Inc.; Carlsbad, CA
Title:           Vice President Product Management
Summary:         Was responsible for the entire product management team and system architecture for
                 Entriq's products and services. Products encompassed mobile and broadband pay
                 media applications (specializing in video), digital rights management (DRM) and
                 security solutions, e-commerce and m-commerce systems as well as ad management
                 and delivery solutions for both broadband and mobile media services. Responsibilities
                 also included network and protocol analysis, market analysis, evaluation of third-party
                 software and services, all vendor contract negotiations, RFP responses and overall
                 administrative responsibility for the entire product line. Was responsible for directing

| Randall A. Snyder |
| :---: |
| **Randall A. Snyder** |
| **Curriculum Vitae** |

and managing the technical writing department producing all user documentation associated with the products. Was nominated for a National Television Arts and Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology for unique mobile technology designed, developed and commercially deployed as part of Entriq's solution.

From:        February 2002
To:          November 2003
Organization: m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:       Founder, Vice President Product Management and Carrier Marketing
Summary:     Was responsible for the entire product management and carrier marketing teams, member of the executive management team and one of the founders. Was responsible for all product management, system engineering and product strategy for all business conducted with the wireless industry and carriers. Was in charge of the market strategy and wireless network architecture for m-Qube's mobile marketing service, a value-added service offering mobile marketing solutions to wireless carriers using short message services (SMS) for GSM and CDMA networks. The service architecture enabled branded companies to deploy promotional marketing and messaging campaign dialogs with mobile subscribers via SMS. The network architecture required definition and design of all aspects of the overall network including SMS technology, interconnectivity to the wireless carriers, signaling, traffic management, market requirements for features and services, network equipment specifications and OA&M.

From:        April 2001
To:          February 2002
Organization: Bitfone Corporation; Mountain View, CA
Title:       Vice President Product Management and Marketing
Summary:     Was responsible for the entire product management team and all of the company's product definitions, strategies and positioning. Had direct responsibility for market and product requirements, market research, competitive analysis, product strategy and sales strategy. Bitfone's products included the iBroker, a mobile Internet technology infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

From:        November 2000
To:          April 2001
Organization: Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA
Title:       Executive Director Emerging Technologies
Summary:     Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for

<div style="border:1px solid">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies.

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |
| Title: | Executive Director Product Marketing and Management |
| Summary: | |

1998 – 1999     Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998     Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test

| Randall A. Snyder |
| Curriculum Vitae |

plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997        Director Consulting Services and Principal Engineer

▪ Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996        Principal Engineer

▪ Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

▪ Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator developed and marketed by AirLink Communications, Inc.

From:              December 1990
To:                April 1992
Organization:      AT&T Bell Laboratories; Whippany, NJ
Title:             Consulting Member of the Technical Staff
Summary:           Evaluated wireless technology services for the Wireless Systems Architecture group. Also participated as a system engineer on the design of the Global System for Mobile (GSM) communication architecture and a software engineer developing the base station controller (BSC) for GSM. Also responsible for planning, coordinating, designing and testing the SS7 protocol software for the GSM A-interface between the BSC, MSC and operations and maintenance center (OMC). High-level and detailed

> **Randall A. Snyder**
> **Curriculum Vitae**

design specifications were developed to coordinate the protocol testing between two remote laboratories. Provided the traffic analysis and traffic engineering of call traffic for the BSC. Specifically designed and developed the dynamic traffic overload control subsystem for the BSC. Presentations were given to technical staffs at multiple Bell Laboratories facilities supporting this work.

From:         May 1987
To:            December 1990
Organization: DGM&S, Inc.; Mt. Laurel, NJ
Title:         Senior Staff Consultant
Summary:      Responsible for the design, development and test coordination of an advanced intelligent network applications platform for a service control point (SCP). Also spent several years as a consulting software engineer for Siemens AG, developing and testing SS7 and call control software for the EWSD digital switching system for international as well as U.S. national network implementations. This work involved extensive travel to both Frankfurt and Munich, Germany for software system design and testing. Also involved in the concept, design and technical marketing of proprietary enabling technology software products for SS7 and ISDN.

From:         May 1986
To:            May 1987
Organization: ADP, Inc.; Mt. Laurel, NJ
Title:         Senior Software Engineer and Analyst
Summary:      Responsible for the design and development of data communications and real time database application software for a host data center that provided real time financial information to large brokerage houses. Data communication protocol expertise in HDLC, RS-232 and IBM BiSync.

From:         June 1984
To:            May 1986
Organization: C3, Inc.; Cape May, NJ
Title:         Consulting Systems Analyst and Software Engineer
Summary:      Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software for shipboard use including inventory and law enforcement applications. The work included the follow-through of the entire project lifecycle including writing of requirements, functional, design and program specifications, coding, debugging, alpha and beta testing, release, shipboard installation and continuing technical support of the product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, for successful efforts on these projects.

## Randall A. Snyder
## Curriculum Vitae

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 9,185,123 | 11/10/2015 | Systems and Method for Mobile Identity Protection for Online User Authentication |
| US 9,154,952 | 10/6/2015 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,092,803 | 7/28/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |

> **Randall A. Snyder**
> **Curriculum Vitae**

| | | |
|---|---|---|
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advantar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, former Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

> **Randall A. Snyder**
> **Curriculum Vitae**

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986).

2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

## Randall A. Snyder
## Curriculum Vitae

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Zimmerman Reed LLP |
| Case Name: | Lennartson v. Papa Murphy's Holdings, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | McMillion v. Rash Curtis & Associates |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Mbazomo v. ETourandTravel, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Miles v. Receivables Performance Management, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | Mahoney v. TT of Pine Ridge, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Haines & Krieger, LLC
Case Name:               Toldi v. Hyundai Capital America
Services Provided:       Testifying expert for plaintiff
Disposition:             Withdrawn
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                McGuire Law, P.C.
Case Name:               Serban v. CarGurus, Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Haines & Krieger, LLC
Case Name:               Marshall v. The CBE Group, Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Keogh Law, Ltd.
Case Name:               Glasser v. Hilton Grand Vacations, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Carey Rodriguez Milian Gonya LLP
Case Name:               Farnham v. Caribou Coffee Company, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2017

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Hunter v. Time Warner Cable Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Unlawful Recording of and Eavesdropping Upon Confidential Communications (Cal. Penal Code §§ 632) and Unlawful Wiretapping (Cal. Penal Code §§ 631) class action related to unlawful recording of telephone conversations |
| Law Firm: | Da Vega Fisher Mechtenberg LLP |
| Case Name: | Gruber v. Yelp, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Michael A. Ziegler, P.L. |
| Case Name: | Francescutti v. The CBE Group, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Self-Forbes v. Advanced Call Center Technologies, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Engstrom, Lipscomb & Lack |
| Case Name: | Nghiem v. Dick's Sporting Goods, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Dismissed |
| Date: | 2016 |

*Expert Engagement:*

<div style="text-align:center; border:1px solid black;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | United States Department of Justice (DOJ) |
| Case Name: | CellCast Technologies, LLC v. The United States of America |
| Services Provided: | Testifying expert, expert reports for defendant |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Katz v. American Honda Motor Co., Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Morris v. SolarCity Corp. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keller Rohrback, L.L.P. |
| Case Name: | Wick v. Twilio, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Edelman, Combs, Latturner & Goodwin, LLC |
| Case Name: | Bailey v. Santander Consumer USA, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bailey & Glasser LLP |

> ### Randall A. Snyder
> ### Curriculum Vitae

Case Name:          Newhart v. Quicken Loans, Inc. et al.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:          Manchee & Manchee, PC
Case Name:        Gibbs v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert for plaintiff
Disposition:         Settled
Date:                2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:          Maney & Gordon, P.A.
Case Name:        Holland v. Keesler Federal Credit Bureau
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology
Law Firm:          McGuire Law, P.C.
Case Name:        Spencer v. Kohl's Department Stores, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:          Parisi & Havens LLP
Case Name:        Slovin v. SunRun. Inc.
Services Provided:   Testifying expert for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:          Law Office of Chris R. Miltenberger, PLLC
Case Name:        Harrington v. RoundPoint Mortgage Servicing Corporation
Services Provided:   Testifying expert, expert reports, depositions for plaintiff

| Randall A. Snyder |
| Curriculum Vitae |

Disposition:          Ongoing
Date:                 2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to short
                      message service (SMS) technology
Law Firm:             Law Office of Troy D. Krenning, LLC
Case Name:            Newton v. Comdata, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Bursor & Fisher, P.A.
Case Name:            Yerkes v. RGS, Financial, Inc.
Services Provided:    Testifying expert for plaintiff
Disposition:          Settled
Date:                 2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Manning Law APC
Case Name:            Vizcarra v. Macys.com Inc. et al.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Sulaiman Law Group, Ltd.
Case Name:            Deaderick v. Contract Callers, Inc.
Services Provided:    Testifying expert for plaintiff
Disposition:          Withdrawn
Date:                 2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             McGuire Law, P.C.
Case Name:            Zeidel v. A&M (2015) LLC
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2015–2016

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Marquis Aurbach Coffing |
| Case Name: | Fisher v. MJ Christensen Jewelers, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Competition Act, § 74.1 R.S.C. 1985, c. C-34 class action related to false and misleading advertisements related to premium text messaging and short message service (SMS) technology |
| Law Firm: | Department of Justice Canada |
| Case Name: | Commissioner of Competition v. Rogers Communications Inc., Bell Canada, Telus Corporation and the Canadian Wireless Telecommunications Association |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Maney & Gordon, P.A. |
| Case Name: | Ritter v. Wells Fargo Bank, N.A. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Shopkick, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Edelson PC |
| Case Name: | Suttles v. Mutual of Omaha Insurance Company |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

| Randall A. Snyder |
| **Curriculum Vitae** |

---

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Manchee & Manchee, PC
Case Name:             Gebray v. Ocwen Loan Servicing, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

Type of Matter:        Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             Saunders v. Cabela's Incorporated
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              McGuire Law, P.C.
Case Name:             Lozano v. Avenue Stores, LLC
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Bailey & Glasser LLP
Case Name:             Phillips v. Mozes, Inc. et al.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to mobile location based technology and
                       short message service (SMS) technology
Law Firm:              Knobbe, Martens, Olson & Bear, LLP
Case Name:             TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:     Testifying expert for defendant
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

---

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to machine-to-machine (M2M) mobile technology |
| Law Firm: | Paul Hastings LLP |
| Case Name: | M2M Solutions LLC v. Novatel Wireless Solutions, Inc. |
| Services Provided: | Testifying expert, USPTO affidavits for patent reexamination for defendant |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Mazie Slater Katz & Freeman LLC |
| Case Name: | Meyer v. Bebe Stores Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Strategic Legal Practices, APC |
| Case Name: | Haghayeghi v. Guess Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bailey & Glasser LLP |
| Case Name: | Stein v. Monterey Financial Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Aronovitz Law |
| Case Name: | McKee v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Law Firm:            Butsch Roberts & Associates, LLC
Case Name:           Moore v. Family Dollar Stores, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Bailey & Glasser LLP
Case Name:           Jones v. FMS Corp., U.S. Department of Education
Services Provided:   Testifying expert for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Tycko & Zavareei LLP
Case Name:           Lathrop v. Uber Technologies, Inc.
Services Provided:   Testifying expert for plaintiff
Disposition:         Ongoing
Date:                2015

*Expert Engagement:*
Type of Matter:      Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                     unlawful recording of telephone conversations
Law Firm:            Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:           Roberts v. Wyndham International, Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to short message service (SMS) technology
Law Firm:            Paul Hastings LLP
Case Name:           Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:   Consulting expert, USPTO affidavits for patent reexamination for defendant
Disposition:         Settled
Date:                2015

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Maney & Gordon, P.A.
Case Name:           Drew v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert, expert reports, depositions, trial testimony for plaintiff

| | |
|---|---|
| | **Randall A. Snyder**<br>**Curriculum Vitae** |

Disposition:          Plaintiff obtained statutory damages for willful TCPA violations
Date:                 2015

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Parisi & Havens LLP
Case Name:            Kleja v. Transworld Systems, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2015

*Expert Engagement:*
Type of Matter:       Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                      unlawful recording of telephone conversations
Law Firm:             Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:            McCabe v. Six Continents Hotels, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2015

*Expert Engagement:*
Type of Matter:       Material Breach of Contract
Law Firm:             Hogan Lovells USA LLP
Case Name:            IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse
                      Iusacell, S.A. de C.V.
Services Provided:    Testifying expert, expert reports for IBM México
Disposition:          Ongoing
Date:                 2014–2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Caddell & Chapman
Case Name:            Hooker v. Sirius XM Radio, Inc.
Services Provided:    Testifying expert for plaintiff
Disposition:          Settled
Date:                 2014–2016

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Heyrich Kalish McGuigan, PLLC
Case Name:            Gragg v. Orange Cab Company, Inc. et al
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2013–2016

<div style="text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Valladares v. Blackboard, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014–2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Hamlett et al v. Santander Consumer USA Inc. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014–2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Parisi & Havens LLP |
| Case Name: | Lofton v. Verizon Wireless LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014–2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Spencer v. AT&T Digital Life, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | In re: Life Time Fitness, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

+-----------------------------------+
|      **Randall A. Snyder**        |
|      **Curriculum Vitae**         |
+-----------------------------------+

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Morgan & Morgan, P.A.
Case Name:             Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*
Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              McGuireWoods LLP
Case Name:             Comcast Cable Communications, LLC v. Sprint Communications Company L.P.
Services Provided:     Consulting expert for defendant
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Bock & Hatch, LLC
Case Name:             Kozlow v. Hangtime, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             In re Collecto, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Edelson PC
Case Name:             Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Keogh Law, Ltd.

```
┌─────────────────────────────┐
│      Randall A. Snyder       │
│      Curriculum Vitae        │
└─────────────────────────────┘
```

Case Name:          Johnson v. Yahoo! Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Ongoing
Date:               2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Jacobs Kolton, Chtd.
Case Name:          Nunes v. Twitter, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Ongoing
Date:               2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Manning Law, PLLC
Case Name:          Manning v. Lendio, Inc.
Services Provided:  Testifying expert for plaintiff
Disposition:        Ongoing
Date:               2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           The Law Offices of Joseph R. Manning, Jr.
Case Name:          Vargem v. Tax Defense Partners, LLC
Services Provided:  Testifying expert for plaintiff
Disposition:        Ongoing
Date:               2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Steptoe & Johnson PLLC
Case Name:          Cain v. Monitronics, International, Inc.
Services Provided:  Consulting expert for defendant
Disposition:        Dismissed
Date:               2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology and unlawful cellular
                    telephone calls
Law Firm:           Mantese Honigman Rossman and Williamson, P.C.
Case Name:          Glassbrook v. Rose Acceptance, Inc. and First National Bank of America

┌─────────────────────────────┐
│      **Randall A. Snyder**   │
│      **Curriculum Vitae**    │
└─────────────────────────────┘

Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Ongoing
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Kazerouni Law Group, APC
Case Name:              Iniguez v. The CBE Group, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Keogh, Cox & Wilson, Ltd.
Case Name:              Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Potter Handy, LLP
Case Name:              Potter v. Bank of America Corporation
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Lemberg & Associates LLC
Case Name:              Shiyan v. Lucille Roberts Health Clubs, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Withdrawn
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Meyer v. Receivables Performance Management LLC
Services Provided:      Testifying expert for plaintiff
Disposition:            Settled

| Randall A. Snyder |
| Curriculum Vitae |

Date:                    2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                McGuire Law, P.C.
Case Name:               Murray v. Bill Me Later, Inc.
Services Provided:       Consulting expert for plaintiff
Disposition:             Settled
Date:                    2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Creel v. GC Services, L.P.
Services Provided:       Testifying expert, expert reports, depositions for plaintiff
Disposition:             Settled
Date:                    2014

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to short message service (SMS) technology
                         and communication protocols
Law Firm:                White & Case LLP
Case Name:               Nokia Corporation v. Google Inc.
Services Provided:       Testifying expert for defendant
Disposition:             Settled
Date:                    2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                McGuire Law, P.C.
Case Name:               Gomez v. Campbell-Ewald Company
Services Provided:       Consulting expert for plaintiff
Disposition:             Ongoing
Date:                    2014

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Francis & Mailman, P.C.
Case Name:               Dominguez v. Yahoo! Inc.
Services Provided:       Testifying expert, expert reports, depositions for plaintiff
Disposition:             Ongoing
Date:                    2013–2016

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Wooten, Kimbrough & Normand, PA |
| Case Name: | Murphy v. DCI Biologicals, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

<div style="border: 1px solid black; text-align: center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Sherman v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful cellular telephone calls |
| Law Firm: | Collins & Story, PA |
| Case Name: | Keen v. Delta Outsource Group, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and mobile banking |
| Law Firm: | Panovia Group LLP |
| Case Name: | N5 Technologies, LLC v. Capital One, N.A. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Hartmann and Kananen |
| Case Name: | Baird v. Sabre, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012–2014 |

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert reports for defendants |
| Disposition: | Patent withdrawn from litigation |
| Date: | 2012–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Lavery Law Firm |
| Case Name: | Volpe v. Caribbean Cruise Line, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Type of Matter:        Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                       to unfair business practices and unlawful cellular telephone calls
Law Firm:              Williamson and Williams Law
Case Name:             Kids Northwest v. First Data Corporation
Services Provided:     Consulting expert for plaintiff
Disposition:           Ongoing
Date:                  2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              George Rikos Law
Case Name:             Van Patten v. Vertical Fitness
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Dismissed
Date:                  2013–2016

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California
                       Business and Professions Code § 17200 class action related to short message
                       service (SMS) technology
Law Firm:              Milberg LLP
Case Name:             D'Agostino v. Jesta Digital, LLC (dba Jamster)
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions
                       on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R.
                       § 64.1200(d)(3) class action related to unlawful cellular telephone calls
Law Firm:              Burke Law Offices, LLC
Case Name:             Benzion v. Vivint, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Lemberg & Associates LLC
Case Name:             Rutigliano v. Convergent Outsourcing, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2013

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Kazerouni Law Group, APC
Case Name:             Emanuel v. The Los Angeles Lakers, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Dismissed
Date:                  2013

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Kazerouni Law Group, APC
Case Name:             Barani v. Wells Fargo Bank, N.A.
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to wireless calling party identification
                       technology
Law Firm:              K&L Gates LLP
Case Name:             Cequint Inc. v. Apple Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Donald A. Yarbrough, Esq.
Case Name:             Mais v. Gulf Coast Collection Bureau, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Dismissed on appeal
Date:                  2013

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Donald A. Yarbrough, Esq.
Case Name:             Manno v. Healthcare Revenue Recovery Group, LLC
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2013

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology and unlawful charging of

<div align="center">

**Randall A. Snyder
Curriculum Vitae**

</div>

|                    | cellular telephone customers |
|--------------------|------------------------------|
| Law Firm:          | Law Office of Scott D. Owens, Esq. |
| Case Name:         | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition:       | Settled |
| Date:              | 2012–2013 |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
|--------------------|------------------------------|
| Law Firm:          | Law Office of Scott D. Owens, Esq. |
| Case Name:         | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert for plaintiff |
| Disposition:       | Ongoing |
| Date:              | 2012–2013 |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
|--------------------|------------------------------|
| Law Firm:          | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name:         | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition:       | Dismissed |
| Date:              | 2012–2013 |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|--------------------|------------------------------|
| Law Firm:          | Kirby Law Group |
| Case Name:         | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition:       | Settled |
| Date:              | 2012 |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
|--------------------|------------------------------|
| Law Firm:          | Bellin and Associates LLC |
| Case Name:         | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition:       | Undisclosed |
| Date:              | 2012 |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
|--------------------|------------------------------|

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Law Firm:            Burke Law Offices, LLC
Case Name:           Bailey v. Household Finance Corporation et al
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Undisclosed
Date:                2011–2012

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Burke Law Offices, LLC
Case Name:           Annoni v. FYISMS.com, LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Undisclosed
Date:                2011–2012

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology and unlawful charging of
                     cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Schrock v. Wenner Media LLC
Services Provided:   Consulting expert for plaintiff
Disposition:         Undisclosed
Date:                2011

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology and unlawful charging of
                     cellular telephone customers
Law Firm:            Summit Law Group
Case Name:           Kramer v. Autobytel, Inc. and B2Mobile, LLC
Services Provided:   Consulting expert for defendant
Disposition:         Settled
Date:                2011

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:            Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
Case Name:           Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba
                     Verizon Wireless) et al
Services Provided:   Testifying expert, USPTO affidavits for patent reexamination for plaintiff
Disposition:         Undisclosed
Date:                2010–2011

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful calls

<table>
</table>

| | Randall A. Snyder |
| | **Curriculum Vitae** |

Law Firm:              Keogh Law, Ltd.
Case Name:             Griffith v. Consumer Portfolio Services, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Undisclosed
Date:                  2010–2011

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful calls
Law Firm:              Keogh Law, Ltd.
Case Name:             Dobbin v. Wells Fargo Auto Finance, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Dismissed
Date:                  2010–2011

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              Nelson Bumgardner Casto PC
Case Name:             Celltrace LLC v. AT&T Inc. et al
Services Provided:     Consulting expert for plaintiff
Disposition:           Undisclosed
Date:                  2010

*Expert Engagement:*

Type of Matter:        California Constitution, Article VI, § 10, class action related to short message
                       service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             VanDyke v. Media Breakaway, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2009

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful calls
Law Firm:              Gordon & Rees LLP
Case Name:             Allen v. Rickenbacker Collection Services
Services Provided:     Consulting expert for defendant
Disposition:           Undisclosed
Date:                  2009

*Expert Engagement:*

Type of Matter:        Intellectual property (trademarks) related to short message service (SMS)
                       technology
Law Firm:              Fish & Richardson P.C.
Case Name:             Cricket Communications, Inc. v. HipCricket, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:        Undisclosed
Date:               2008–2009

*Expert Engagement:*
Type of Matter:     California Constitution, Article VI, § 10, class action related to short message
                    service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Albrecht v. mBlox, Inc. et al
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2008–2009

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Blim & Edelson, LLC
Case Name:          Satterfield v. Simon & Schuster, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2007–2009

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Walker v. Motricity, Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Rynearson v. Motricity, Inc.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     California Constitution, Article VI, § 10, class action related to short message
                    service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Reed v. Sprint Nextel Corporation
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2008

| Randall A. Snyder |
| :---: |
| **Randall A. Snyder**<br>**Curriculum Vitae** |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Nava v. Predicto Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | McFerren v. AT&T Mobility, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Guerrero v. MobileFunster, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Gray v. Mobile Messenger Americas, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

> ### Randall A. Snyder
> ### Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Goddard v. Google, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Duffy v. Nevis Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Criswell v. MySpace, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. § 1367(a) class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Bradberry v. mBlox, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Ayers v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

> **Randall A. Snyder**
> **Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Hahn Loeser & Parks, LLC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Valdez v. Sprint Nextel Corporation |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Bradberry v. T-Mobile USA, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Abrams v. Facebook, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Paul Hastings LLP |
| Case Name: | TeleCommunication Systems, Inc. v. Mobile365, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions, trial testimony for defendant |
| Disposition: | Settled |
| Date: | 2007 |