UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE GLASSER, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                                      Case No. 8:16-cv-952-T-27AAS

HILTON GRAND VACATIONS
COMPANY, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion to Stay the Action Pending Second Mediation (Dkt. 84). Upon consideration, the Joint Motion (Dkt. 84) is **GRANTED**. This action is **STAYED** pending mediation on December 7, 2017. The parties are directed to notify the Court of the outcome of the mediation on or before December 14, 2017.[1] The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** this 31st day of October, 2017.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to: Counsel of Record

---

[1] If the stay is lifted, the parties may seek extensions of additional deadlines at that time.

1