UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE GLASSER, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                        Case No. 8:16-cv-952-T-27AAS

HILTON GRAND VACATIONS
COMPANY, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Status Report Following Second Mediation and Proposed Amendment to Case Management Order (Dkt. 86), which is construed as a motion. The parties' mediation on December 7, 2017 did not result in a resolution of this action and the parties request that the stay be lifted. Accordingly, the **STAY** is **LIFTED**. The Clerk is directed to **REOPEN** the case. The construed motion to amend the Case Management Order and Scheduling Order is **GRANTED**. The Case Management and Scheduling Order (Dkt. 24 as amended by Dkts. 52, 60, 70) is amended as follows[1]:

| | |
|---|---|
| Discovery Cutoff | February 19, 2018 |
| Dispositive/*Daubert* Motion Deadline | February 23, 2018 |
| Pretrial Conference | June 8, 2018 at 10:00 A.M. |
| Trial Term | July 2, 2018 |

**DONE AND ORDERED** this 15th day of December, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] All other provisions of the Case Management and Scheduling Order shall remain in full force and effect.

1