**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| MELANIE GLASSER, *individually and on behalf of all others similarly situated*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILTON GRAND VACATIONS COMPANY, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>8:16-cv-00952-JDW-AAS |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Melanie Glasser, the Plaintiff and proposed class representative in the above named putative class action, hereby appeals on behalf of herself and all others similar situated to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 25th day of September 2018; from the order entered in this action on the 24th day of September 2018 granting summary judgment for defendant Hilton Grand Vacations Company, LLC and denying Melanie Glasser's Motion for Class Certification as moot; from the judgment for taxable costs entered in this action on October 29, 2018; and from any other previous orders relating to the entry of judgment.  Melanie Glasser is qualified to bring the appeal as the proposed representative of the class.

Dated:  November 27, 2018

Respectfully Submitted,

/s/ William "Billy" Peerce Howard
William "Billy" Peerce Howard
(FBN 0103330)
Amanda J. Allen (FBN 098288)
THE CONSUMER PROTECTION FIRM
TheConsumerProtectionFirm.com
4030 Henderson Blvd
Tampa, Florida 33629
Telephone: (813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

Timothy J. Sostrin (*pro hac vice*)
Keith Keogh (FBN 0126335)
KEOGH LAW, LTD
55 W. Monroe St, Suite 3390
Chicago, IL 60603
312-726-1092
312-726-1093 (fax)
Keith@Keoghlaw.com
TSostrin@KeoghLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2018, I electronically filed the foregoing Amended Notice of Appeal with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

By: /s/ William "Billy" Peerce Howard

Counsel for Plaintiff