# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Keshia M. Jones  
Tampa Division Manager

**DATE:** January 24, 2019

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

MELANIE GLASSER,

    Plaintiff,

v.   Case No: 8:16-cv-952-T-27AAS

HILTON GRAND VACATIONS COMPANY, LLC,

    Defendant.

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
## AND RECORD ON APPEAL

**U.S.C.A. Case No.:**   **18-14499-JJ**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. Forwarding the following:

- Record on Appeal:

  1   Volumes of ORIGINAL SEALED Pleadings (DOC 65 & 66)

ELIZABETH M. WARREN, CLERK

By:   s/LS, Deputy Clerk